**Order entered September 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00019-CV

### IN THE INTEREST OF A.E.R. AND E.N.R., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-51128-2012**

## ORDER

We **GRANT** appellee's August 31, 2015 unopposed motion for extension of time to file

amended brief and **ORDER** the brief be filed no later than September 4, 2015.

/s/     CRAIG STODDART
        JUSTICE